**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-272 ADM/AJB**

John R. Wylde III,

Plaintiff,

-vs-

~~**PROPOSED**~~ **ORDER**

Trans Union LLC,

Defendant.

This matter came before the undersigned Magistrate Judge Arthur J. Boylan to add CSC Credit Services Inc.; Equifax, Inc. d/b/a Equifax Information Services, Inc.; and Experian Information Solutions, Inc as a parties and defendants in the above-named case.

The Court, being fully advised in the premises and upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. That Plaintiff's Motion to Amend the Complaint to add CSC Credit Services Inc.; Equifax, Inc. d/b/a Equifax Information Services, Inc.; and Experian Information Solutions, Inc as parties and defendants is **GRANTED.**

DATED: 5/16/01

Magistrate Judge Arthur J. Boylan

FILED MAY 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________