137970

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-272 ADM/AJB **Case Title:** Wylde v. Experian Information Solutions, Inc

**Affidavit of Movant**

I, Gregory J. Myers, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gregory E. Woodard, an attorney admitted to practice in the See Exhibit "A" District of See Exhibit "A", but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (XX)defendant Experian Information Solutions in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 0201398 Date: July 6, 2001

**Affidavit of Proposed Admittee**

I, Gregory E. Woodard, am currently a member in good standing of the U.S. District Court for the See Exhibit "A" District of See Exhibit "A", but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Type/Print Name: Gregory E. Woodard
Signature: [signature]
Date: June 8, 2001

Attorney License Number: 203019

Law Firm Name & Address: JONES, DAY, REAVIS & POGUE
5 Park Plaza, Suite 1100
Irvine, California 92614

Telephone: (949) 851-3939

Motion Granted: [signature]
For the Court ~~Francis E. Dosal~~, Clerk

Date: JUL 09 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK

6/99

JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______