UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN R. WYLDE, III,

Plaintiff,

Court File No.: 01-272 ADM/AJB

v.

**STIPULATION AND ORDER**

TRANS UNION LLC,
CSC CREDIT SERVICES, INC.;
EQUIFAX, INC., D/B/A EQUIFAX.
INFORMATION SERVICES, INC.

Defendants.

**STIPULATION**

WHEREAS, the Court's July 18, 2001 Pretrial Scheduling Order establishes various pre-trial deadlines, including a February 1, 2002 deadline for completion of all discovery;

WHEREAS, Plaintiff and Defendants have been diligent in pursuing discovery, but believe that one additional month will be needed to complete necessary discovery;

WHEREAS, a one month extension to the discovery deadline will not require any other changes to the Pretrial Scheduling Order; and

WHEREAS, Plaintiff and Defendants have therefore agreed to ask that this Court make a minor change in the discovery deadline established by the Pretrial Scheduling Order.

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective legal counsel, that:

1. Paragraph 1 of the Pretrial Scheduling Order should be changed to read as follows: "Discovery shall be commenced in time to be completed by March 4, 2002."

2. All other dates and deadlines set forth in the Pretrial Schedule shall remain unchanged.

JAN 2 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The Court may enter an Order on the basis of this Stipulation.

Date: January 11th, 2002

THOMAS J. LYONS & ASSOCIATES

By ______________________________

Thomas J. Lyons, Sr., #65699

342 East County Road D
Little Canada, MN 55117
(651) 770-9707

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

ATTORNEYS FOR PLAINTIFF

Date: January ____, 2002

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________________

Lawrence M. Shapiro, # 130886
Kathleen K. Statler, #161809

1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

Of Counsel:
Monica L. Thompson
Daniel O. Halvorsen
PIPER MARBURY RUDNICK & WOLFE
203 N. LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

3. The Court may enter an Order on the basis of this Stipulation.

Date: January ___, 2002

THOMAS J. LYONS & ASSOCIATES

By ______________________________

Thomas J. Lyons, Sr., #65699

342 East County Road D
Little Canada, MN 55117
(651) 770-9707

CONSUMER JUSTICE CENTER. PA.
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, MN 55117
(651) 770-9707

ATTORNEYS FOR PLAINTIFF

Date: January 21, 2002

SHAPIRO PROFESSIONAL ASSOCIATION

By: Kathleen K. Statler

Lawrence M. Shapiro, # 130886
Kathleen K. Statler, #161809

1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (763) 542-1716
Facsimile: (763) 542-1784

Of Counsel:
Monica L. Thompson
Daniel O. Halvorsen
PIPER MARBURY RUDNICK & WOLFE
203 N. LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

ATTORNEYS FOR DEFENDANT
TRANS UNION LLC

Date: January 11, 2002

FAEGRE & BENSON LLP

By ______________________________

Charles F. Webber, #215247
Lianne C. Knych, #268896

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT
CSC CREDIT SERVICES, INC.

Date: January ___, 2002

MURNANE, CONLIN, WHITE & BRANDT

By ______________________________

Robert W. Murnane, #76338

1800 U.S. Bancorp
Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

Lewis P. Perling, #572379
Kilpatrick & Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6199

ATTORNEYS FOR DEFENDANT
EQUIFAX CREDIT INFORMATION SERVICES, INC.

Date: January ___, 2002

FAEGRE & BENSON LLP

By ______________________________

Charles F. Webber, #215247
Lianne C. Knych, #268896

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

ATTORNEYS FOR DEFENDANT
CSC CREDIT SERVICES, INC.

Date: January ___, 2002

MURNANE, CONLIN, WHITE & BRANDT

By ______________________________

Robert W. Murnane, #76338

1800 U.S. Bancorp
Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

Lewis P. Perling, #572379
Kilpatrick & Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
(404) 815-6199

ATTORNEYS FOR DEFENDANT
EQUIFAX CREDIT INFORMATION SERVICES, INC.

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the above Stipulation shall be, and hereby is, adopted as the Order of this Court. The parties shall promptly and fully comply with the terms of this Stipulation and Order.

Dated: January 28th, 2002

BY THE COURT:

Arthur J. Boylan

Magistrate Judge Arthur J. Boylan
United States District Court