**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John R. Wylde, III,

Plaintiff,

v.

Trans Union, LLC; CSC Credit Services, Inc.; Equifax, Inc. dba Equifax Information Services; and Experian Information Solutions,

Defendants.

CASE NO. 01-272 ADM/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

---

WHEREAS, Plaintiff John R. Wylde, III and Defendant Experian Information Solutions, Inc have reached a resolution of this action:

THE PARTIES DO AND HEREBY STIPULATE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this matter be dismissed with prejudice in its entirety with regard to Defendant Experian Information Solutions, Inc., with each party to bear their own costs.

**SO STIPULATED.**

Dated: December 18, 2001

JONES, DAY, REAVIS & POGUE

By: ______________________
Gregory E. Woodard, CA#203019
Admitted ~~pro~~ *hac vice*
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
William A. Gengler, #210626



LA-1122718v1

FILED 2-22-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Gregory J. Myers, #0287398
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: December 28 2001

CONSUMER JUSTICE CENTER, P.A.

By: ______________________

Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Attorneys for Plaintiff
JOHN R. WYLDE, III

**IT IS SO ORDERED.**

DATED: 2/21/02

______________________
HONORABLE ANN D. MONTGOMERY
U.S. DISTRICT COURT JUDGE