**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-272 ADM/AJB**

---

John R. Wylde, III,

Plaintiff,

-vs-

Trans Union LLC, CSC Credit Services Inc., Equifax, Inc. dba Equifax Credit Information Services Inc., and Experian Information Solutions, Inc.

Defendants.

**ORDER**

---

CONSIDERING the foregoing Stipulation of Dismissal filed herewith;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, JOHN R. WYLDE, III, against defendant, EQUIFAX CREDIT INFORMATION SERVICES, INC., be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 6th day of March, 2002.

UNITED STATES DISTRICT COURT JUDGE

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 01-CV-272 ADM/AJB**

---

John R. Wylde, III,

Plaintiff,

-vs-

Trans Union LLC, CSC Credit Services Inc., Equifax, Inc. dba Equifax Credit Information Services Inc., and Experian Information Solutions, Inc.

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the plaintiff against defendant Equifax, Inc. d/b/a Equifax Credit Information Services, Inc. ("Equifax") only are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiff under its Complaint against Equifax has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

MAR 7 2002
FILED____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 28 day of February, 2002.

JOHN R. WYLDE, III

By: ______________________
Thomas J. Lyons, Jr., Esq.
Consumer Justice Center, P.A.
Suite A, 1560 Beam Avenue
St. Paul, MN 55109
(651) 770-9707

EQUIFAX, INC. d/b/a/ EQUIFAX CREDIT INFORMATION SERVICES, INC.

By: ______________________
Lewis P. Perling, Esq. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
1100 Peachtree Street
Suite 2800
Atlanta, Georgia 30309
(404) 815-6500