**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

John R. Wylde III,

Plaintiff,

vs.

Trans Union LLC;
CSC Credit Services, Inc.;
Equifax, Inc., d/b/a Equifax Information Services, Inc.; and
Experian Information Solutions, Inc.,

Defendants.

Civil No. 01-272 (ADM/AJB)

**ORDER OF DISMISSAL**

---

This matter came before the Court on the stipulation of the plaintiff and defendant CSC Credit Services, Inc., ("CSC"), to an order dismissing all of the plaintiff's claims against CSC in this case with prejudice and on the merits. Based on the stipulation between the plaintiff and CSC, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the plaintiff's claims against CSC are hereby DISMISSED in their entirety, on the merits and with prejudice. The plaintiff and CSC shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: April 10, 2002

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

M2:20446335.01

FILED 4-10-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

John R. Wylde III,

Plaintiff,

vs.

Trans Union LLC;
CSC Credit Services, Inc.;
Equifax, Inc., d/b/a Equifax Information Services, Inc.; and
Experian Information Solutions, Inc.,

Defendants.

Civil No. 01-272 (ADM/AJB)

**STIPULATION OF DISMISSAL**

The plaintiff and CSC Credit Services, Inc. ("CSC"), by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action against CSC may be dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

Dated: 4/8, 2002

CONSUMER JUSTICE CENTER, P.A.

Thomas J. Lyons, Jr. (#249646)
342 East County Rd. D
Little Canada, Minnesota 55117
(651) 770-9707

Attorneys for Plaintiff

Dated: 4/9, 2002

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
Lianne C. Knych (#268896)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Defendant
CSC Credit Services, Inc.

EXHIBIT A

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK