UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John R. Wylde, III

Plaintiff,

-vs-

Trans Union L.L.C.; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; and Equifax Credit Information Services, Inc.,

Defendants.

Court File No.: 01-272 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiffs, and their attorney, and Defendant Trans Union LLC, and its attorneys, that Plaintiffs' claims against Defendant Trans Union LLC, shall be and hereby are dismissed with prejudice and on the merits, without costs, attorney's fees or disbursements to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**ATTORNEY FOR PLAINTIFF**

By: Thomas J. Lyons

**THOMAS J. LYONS & ASSOCIATES**
Thomas J. Lyons, Sr., Esq.
342 East County Road D
Little Canada, MN 55117

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
342 East County Road D
Little Canada, MN 55117

Dated: 4/18/02

**ATTORNEYS FOR DEFENDANT TRANS UNION**

By: Kathleen Statler

**SHAPIRO PROFESSIONAL ASSOCIATION**
Kathleen Statler, Esq.
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416

**PIPER, MARBURY, RUDNICK & WOLFE**
Monica L. Thompson, Esq.
Daniel Halverson, Esq.
203 North LaSalle Street, Suite 1800
Chicago, IL 60601-1293

Dated: April 5, 2002

FILED APR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 22 2002
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John R. Wylde, III

Plaintiff,

Court File No.: 01-272 ADM/AJB

-vs-

**ORDER**

Trans Union L.L.C.; CSC Credit Services, Inc.; Experian Information Solutions, Inc.; and Equifax Credit Information Services, Inc.,

Defendants.

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' claims against Defendant Trans Union LLC., shall be, and herewith are, dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 19, 2002

Anne D Montgomery, Judge
United States District Court